IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DON H. LEE,                         )    2:05-cv-2626-GEB-KJM-PS
                                    )
                 Plaintiff,         )
                                    )
     v.                             )    ORDER
                                    )
COUNTY OF EL DORADO;                )
GAYLE ERBE-HAMLIN;                  )
HENRY BRZEZINSKI;                   )
DEBORAH BURGE;                      )
and DOES 1 THROUGH 25,              )
                                    )
                 Defendants.        )
_____)
```

        On December 29, 2005, Plaintiff filed an application for a Temporary Restraining Order ("TRO") seeking the return of two dogs that Plaintiff argues Defendants have unconstitutionally seized in connection with a state court proceeding on whether the dogs are vicious. Plaintiff also seeks to restrain Defendant County of El Dorado from prosecuting the state court proceeding.

        Plaintiff's application for a TRO contains a declaration that reveals he has not provided Defendants with the application or supporting documents. If Plaintiff desires to proceed with the application on an expedited basis, he must provide Defendants with

1  a copy of these documents and shall file a declaration attesting to
2  when the documents were provided to the parties or to counsel for a
3  party.
4           IT IS SO ORDERED.
5  DATED:  December 29, 2005

                                          /s/ Garland E. Burrell, Jr.
6                                         GARLAND E. BURRELL, JR.
7                                         United States District Judge