IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON LEE,

        Plaintiff,                      No. CIV S-05-2626 GEB KJM PS

    vs.

GAYLE ERBE-HAMLIN, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Defendants' motion to dismiss came on regularly for hearing March 29, 2006. No appearance was made for plaintiff. Franklin Gumpert appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The court has been informed that at the state court proceedings held on March 27, 2006, there was some discussion regarding dismissal of the instant federal action. Accordingly, within seven days from the date of this order, plaintiff may file a voluntary dismissal of this action. Absent such a filing, the court will recommend defendants' motion to dismiss be granted.

/////

/////

2. The Clerk of Court is directed to serve a courtesy copy of this order on David Weiner, 3294 Royal Drive, Suite 201, Cameron Park, California 95682.

DATED: April 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
lee.oah